**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Gonazlo Delgado RAZO, also known as Carlos Israel Gamez, also known as Armando Salinas, also known as Gonzalo Razo, also known as Gonzalo Razo–Delgado, also known as Gonzalo Delgado Raso, Defendant–Appellant.**

**No. 15–20251**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 29, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Evan Gray Howze, Scott Andrew Martin, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Gonazlo Delgado Razo, pro se.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Gonazlo Delgado Razo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Razo has not filed a response, has completed the confinement portion of his sentence, and has been removed from the United States. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review even if the challenge to his sentence is not moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 381–83 (5th Cir.2007); *see also United States v. Heredia–Holguin,* 789 F.3d 625 (5th Cir.); *reh'g en banc granted,* 803 F.3d 745 (5th Cir.2015). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.